**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District Of Tennessee**

Case number (*If known*): _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy       12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Jane<br>First name<br>Seward<br>Middle name<br>Street<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 7 6 0<br>OR<br>**9** xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>**9** xx – xx – ____ ____ ____ ____ |

Debtor 1  <u>Jane Seward Street</u>　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)_____
　　　　　First Name　Middle Name　　Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☒ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN |
| **5. Where you live** | <u>2806 Oakcliff Court</u>　　　　　　<br>Number　　Street<br><br>_____<br><br><u>Johnson City</u>　　　　　<u>TN</u>　<u>37601</u><br>City　　　　　　　　State　ZIP Code<br><br><u>WASHINGTON</u>　　　　　　　<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number　　Street<br><br>_____<br>P.O. Box<br><br>_____<br>City　　　　　　　　State　ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number　　Street<br><br>_____<br><br>_____<br>City　　　　　　　　State　ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number　　Street<br><br>_____<br>P.O. Box<br><br>_____<br>City　　　　　　　　State　ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ |

Debtor 1 ____Jane Seward Street_____  Case number (*if known*)_____
            First Name   Middle Name   Last Name

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [ ] **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- [x] **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [x] No
- [ ] Yes. District _____ When _____ Case number _____
                            MM / DD / YYYY
      District _____ When _____ Case number _____
                            MM / DD / YYYY
      District _____ When _____ Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [x] No
- [ ] Yes. Debtor _____ Relationship to you _____
      District _____ When _____ Case number, if known _____
                            MM / DD / YYYY

      Debtor _____ Relationship to you _____
      District _____ When _____ Case number, if known _____
                            MM / DD / YYYY

**11. Do you rent your residence?**

- [x] No.  Go to line 12.
- [ ] Yes.  Has your landlord obtained an eviction judgment against you?
      - [ ] No. Go to line 12.
      - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  <u>Jane Seward Street</u>　　　　　　　　　　　　　　　　　　　Case number *(if known)*_____
　　　　　First Name　　Middle Name　　Last Name

| Part 3: | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____   _____   _____
City                                                  State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?  _____
　　　　　　　　　　　　Number    Street

_____

_____   _____   _____
City                                          State   ZIP Code

Debtor 1 __Jane Seward Street_____   Case number (*if known*)_____
          First Name    Middle Name    Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Jane Seward Street          Case number (*if known*)_____
       First Name    Middle Name    Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

    **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

      ☐ No. Go to line 16b.
      ☒ Yes. Go to line 17.

    **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

      ☐ No. Go to line 16c.
      ☐ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts.
    _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☐ No. I am not filing under Chapter 7. Go to line 18.
    ☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
      ☐ No
      ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ s/Jane Seward Street             ✗ _____
Signature of Debtor 1                 Signature of Debtor 2

Executed on 10/04/2019          Executed on _____
         MM / DD / YYYY                MM / DD / YYYY

Debtor 1   <u>Jane Seward Street</u>                                                                 Case number (*if known*)_____
        First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ <u>s/Margaret B. Fugate</u>                                    Date   <u>10/04/2019</u>
Signature of Attorney for Debtor                                          MM / DD / YYYY

<u>Margaret B. Fugate</u>
Printed name

<u>Anderson & Fugate</u>
Firm name

<u>111 West Fairview Avenue, #2</u>
Number    Street

_____

<u>Johnson City</u>                                          <u>TN</u>       <u>37604</u>
City                                                      State     ZIP Code

Contact phone  <u>(423) 928-6561</u>           Email address   <u>mfugate@afglaw.com</u>

<u>006656</u>                                              <u>TN</u>
Bar number                                                State

Ad Astra Recovery Services
7330 W. 33rd Street
Wichita,KS 67205


Advance Financial
2920 N. Roan Street
Johnson City,TN 37601


Alltran Financial, LP
200 14th Avenue, East
Sartell,MN 56377


American Express
P.O. Box 981537
El Paso,TX 79998


Arrow Credit
P.O. Box 1145
Mission,SD 57555


Aspire
P.O. Box 105555
Atlanta,GA 30348-5555


Associated Oral & Implant
508 Princeton Road
Suite 204
Johnson City,TN 37601


Ballad Health
105 West Stone Drive
Suite 6A
Kingsport,TN 37660-8526


Bank of America
P.O. Box 982238
El Paso,TX 79998-2235

Beneficial
c/o Valentine & Kebartas
15 Union Street, #202
Lawrence,MA 01840


Bloomingdales
1000 Third Avenue
New York,NY 10022


Bright Star Cash
P.O. Box 502
Lac-Du-Flambeau,WI 54538


CACH,LLC
4340 S. Monaco Street
Unit 2
Denver,CO 80237


Calvary Portfolio
500 Summit Lake Drive
Valhalla,NY 10595


Capital One
P.O. Box 30285
Salt Lake City,UT 84130


Cash 1
2137 Volunteer Parkway
#3
Bristol,TN 37620


Cash Company
2122 N. Roan Street
Suite 5
Johnson City,TN 37601


Cash Express
711 W. Market Street
Johnson City,TN 37604

```
Cash Net
P.O. Box 206739
Dallas,TX 75320



Cash Net USA
175 West Jackson
Suite 1000
Chicago,IL 60604



Cash Now Advance
305 W. Oakland Avenue, Suite 120
Johnson City,TN 37604



Central Portfolio Control
10249 Yellow Circle Dr.
Suite 200
Minnetonka,MN 55343



Charles C. Dawson, Jr.
Attorney at Law
P.O. Box 710
Trussville,AL 35173



Chase Card Services
P.O. Box 15298
Wilmington,DE 19850



Check Into Cash
2244 N. Roan Street
Suite 101
Johnson City,TN 37601



Citicards/CBNA
P.O. Box 6041
Sioux Falls,SD 57117



CKS Financial
P.O. Box 2856
Chesapeake,VA 23327
```

Client Services Inc.
3451 Harry Truman Blvd
St. Charles,MI 63301


Comenity Bank/Express
P.O. Box 182789
Columbus,OH 43218


Comenity Bank/Pier One
P.O. Box 182789
Columbus,OH 43218


Comenity Bank/Talbotts
P.O. Box 182789
Columbus,OH 43218


Comenity Bank/Victoria Secret
P.O. Box 182789
Columbus,OH 43218


Credit Bureau Collections
P.O. Box 5067
Kingsport,TN 37663


Credit Central
700 W. Market Street
Suite 1
Johnson City,TN 37604


Credit Central LLC
700 W North Street, Ste 15
Greenville,SC 29601


Credit Collections
725 Canton Street
Norwood,MA 02062

```
Credit Control, LLC
P.O. Box 31179
Tampa,FL 33631




Dell Financial Services
P.O. Box 81577
Austin,TX 78708




Dr. Pike
Johnson City Smiles
2800 Peoples Street, #90
Johnson City,TN 37604




Drs. Ellis & Mefford
2674 People Street
Suite 40
Johnson City,TN 37604




Dynamic Recovery Solutions
135 Interstate Blvd.
Greenville,SC 29615




Easy Money
2221 N. Roan Street
Suite 1
Johnson City,TN 37604




First Premier Bank
P.O. Box 5524
Sioux Falls,SD 57117




Gasteiger Plumbing
1315 E. Oakland Avenue
Johnson City,TN 37601




Genesis Card Services
P.O. Box 4477
Beaverton,OR 97076
```

```
Great Plains Lending
3910 W. 6th Avenue
Stillwater,OK 74074


Green Pine Lending
3051 Sand Lake Road
Crandon,WI 54520


Healthcare Receivables Group
P.O. Box 10168
Knoxville,TN 37939


Internal Revenue Services
P.O. Box 7346
Philadelphia,PA 19101


Jefferson Capital Systems
16 McLeland Road
St. Cloud,MN 56303


Johnson City Country Club
1901 E. Unaka Avenue
Johnson City,TN 37601


Johnson City Eye Clinic
110 Med Tech Parkway
Suite 1
Johnson City,TN 37604


Johnson City Heating & Air
109 Industrial Road
Suite 1
Johnson City,TN 37615


Kimberly C. Swafford, Asst. U.S. Trustee
11 31 E. 11th Street, 4th Floor
Chattanooga,TN 37402
```

Lloyd & McDaniel
P.O. Box 23200
Louisville,KY 40223


LVNV Funding, LLC
P.O. Box 1269
Greenville,SC 29603


Macy's
7 W. 7th Street
Cincinnati,OH 45202


Merrick Bank
P.O. Box 9207
Old Bethpage,NY 11804


Midland Credit Management, Inc.
2365 Northside Drive, Suite 300
San Diego,CA 92108


Mobile Loans
4988 Bay Street
Emeryville,CA 94608


Mountain Empire Radiology
P.O. Box 5187
Kingsport,TN 37663


National Credit Adjusters
P.O. Box 3023
Hutchinson,KS 67504


Nationwide Credit
P.O. Box 14581
Des Moines,IA 50306

```
NCB Management/Rise Credit
8653 Baypine Road
#110
Jacksonville,FL 32256


Oldham Travel
206 Princeton Road
#41
Johnson City,TN 37601


Phillips & Cohen Associates
1002 Justison Street
Wilmington,DE 19801-5148


Portfolio Recovery
P.O. Box 41067
Norfolk,VA 23541


Princeton Drug
105 Broyles Drive
Johnson City,TN 37604


Publishers Clearinghouse
c/o Penn Credit
P.O. Box 69703
Harrisburg,PA 17106


Quest Diagnostics
1321 Sunset Drive
Suite A21
Johnson City,TN 37604


Quick Credit
3101 W. Market Street
#112
Johnson City,TN 37604


Regional Finance
3014 Bristol Highway
Suite 3
Johnson City,TN 37601
```

Republic Finance, LLC
1914 North Roan Street, Ste. 106
Johnson City,TN 37601


Rogers Wildlife Control
1188 Reedy Creek Road
Bristol,TN 37620


Rubin Lublin TN PLLC
119 S Main St., Suite 500
Memphis,TN 38103


Rushmore Service Center
P.O. Box 5508
Sioux Falls,SD 57117


Security Finance
1012 W. Market Street
Suite 3
Johnson City,TN 37604


Service Loan & Tax
1703 W. Market Street
Johnson City,TN 37604


Service Loan Company
P.O. Box 2935
Gainesville,GA 30503


ServPro
5351 Fort Henry Drive
Kingsport,TN 37663


Social Security Administration
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham,AL 35285

```
Solstas Lab Partners
P.O. Box 740032
Cincinnati,OH 45274


Speedy Cash
Attn: Bankruptcy
P.O. Box 780408
Wichita,KS 67278


State Farm
P.O. Box 44110
Jacksonville,FL 32231


State of Franklin Healthcare
P.O. Box 3889
Johnson City,TN 37602-3889


Synchrony Bank/AEO
Attn:  Bankruptcy
P.O. Box 965060
Orlando,FL 32896


Synchrony Bank/Belk
Attn:  Bankruptcy
P.O. Box 965060
Orlando,FL 32896


Synchrony Bank/GAP
Attn:  Bankruptcy
P.O. Box 965060
Orlando,FL 32896


Synchrony Bank/JC Penney
Attn:  Bankruptcy
P.O. Box 965060
Orlando,FL 32896


Synchrony Bank/Lowes
Attn:  Bankruptcy
P.O. Box 965060
Orlando,FL 32896
```

```
Synchrony Bank/Saks
Attn:  Bankruptcy
P.O. Box 965060
Orlando,FL 32896


Synchrony Bank/TJ Maxx
Attn:  Bankruptcy
P.O. Box 965060
Orlando,FL 32896


Tall Grass Financial
P.O. Box648
Santa Ysabel,CA 92070


TD Bank USA/Target Credit
P.O. Box 1470
Minneapolis,MN 55440


Tennessee Title Loans
601 W. Market Street
Johnson City,TN 37604


Terry Canady, Esquire
223 Madison Street
#205
Madison,TN 37115


Total Card
2700 S. Lorraine Place
Sioux Falls,SD 57106


U.S. Attorney
800 Market Street, Suite 211
Knoxville,TN 37901


U.S. Department of Education
P.O. Box 5609
Greeneville,TX 75403
```

```
U.S. Dept. of Education
50 United Nations Plaza
Mailbox 1200, Suite 1273
San Francisco,CA 94102


World Finance
1012 W. Market Street
Johnson City,TN 37604


World Finance Corp.
P.O. Box 6429
Greenville,SC 29606
```

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Tennessee**

In re: **Jane Seward Street**

**Debtors**

Case No. _____

Chapter **7**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **October 4, 2019**          Signed: **s/Jane Seward Street**

Dated: _____          Signed: _____

**s/Margaret B. Fugate**
**Margaret B. Fugate**
**Attorney for Debtor(s)**
**Bar no.: 006656**
**111 West Fairview Avenue, #2**
**Johnson City, Tennessee 37604**
**Telephone No: (423) 928-6561**
**Fax No: (423) 928-8437**

**E-mail address:**
**mfugate@afglaw.com**